CONTINUATION

I, Melissa J. McAlister, being first duly sworn, hereby depose and state as follows:

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the PREMISES known as 538 Hamblin Ave W., Battle Creek, MI, hereinafter "PREMISES," further described in Attachment A, for the things described in Attachment B.

2. I am a Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since July of 2014.

3. The information in this affidavit includes facts known to me personally, as well as records obtained and facts related to me by other law enforcement officers and agents assisting with the investigation. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. On Wednesday, September 2, 2026, a grand jury in this District returned an indictment charging Kevin CALDWELL with mail fraud in violation of 18 U.S.C. § 1341; false claims in violation of 18 U.S.C. § 287; and theft of public money in violation of 18 U.S.C. § 641. (Case No. 1:26-cr-93-PLM, R. 2: Indictment.) I have been the lead case agent for USPIS with regard to this investigation.

5. On Wednesday, September 9, 2026, I executed a search warrant at the PREMISES (Docket No. 1:26-mj-371). I seized cellular telephones, laptop computers and miscellaneous documents as authorized by the Court. During the execution of the warrant, the team observed a G-Force Arms, magazine-fed, semiautomatic 12-gauge shotgun, serial number 26BLP-2083, propped against the wall by the front door to the house. The shotgun was loaded,

with shells in the magazine and a round chambered. At the time warrant 1:26-mj-371 was sought and executed, the investigative team was unaware that CALDWELL was prohibited from possessing firearms, so the shotgun was not collected.

6. On Friday, September 11, 2026, I attended CALDWELL's detention hearing at the U.S. District Court in Grand Rapids, Michigan. Government Exhibit 2 at the hearing was a video posted by CALDWELL of himself loading the shotgun with shells. I recognized the firearm in the video as the same shotgun I observed at the PREMISES. In addition, I recognized the backsplash on the wall behind CALDWELL in the video from the kitchen of the PREMISES.

7. At the detention hearing, U.S. Probation and Pretrial Services disclosed a pretrial services report, which included a detailed summary of CALDWELL's criminal history. According to the report, CALDWELL has a 2023 felony conviction for carrying a concealed firearm in Miami Beach, Florida (Case No. 132021CF0190010001XX).

8. I am aware that 18 U.S.C. § 922(g)(1) makes it a federal crime for a convicted felon to knowingly possess a firearm or ammunition that has traveled in interstate or foreign commerce. According to G-Force Arms' own website, their firearms are manufactured in Turkey and distributed in the U.S. by a company in Baton Rouge, Louisiana.

9. I submit that this affidavit supports probable cause for a warrant to search the PREMISES described in Attachment A and seize the items described in Attachment B.